IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSHUA BARRICK,** | : | CIVIL ACTION NO. 1:22-CV-1432 |
| | : | |
| Plaintiff | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **PERRY COUNTY PRISON, WARDEN KAREN BARCLAY, LIEUTENANT DOUGLAS TWIGG, SERGEANT GREG KLINE, SERGEANT JASON KLUNK, CORRECTIONAL OFFICER FRY, CORRECTIONAL OFFICER DICKEN, CORRECTIONAL OFFICER MCMULLAN,** | : : : : : : : : | |
| | : | |
| Defendants | : | |

## ORDER

AND NOW, this 19th day of July, 2023, upon consideration of the motion (Doc. 29) to dismiss by defendants Perry County Prison, Warden Karen Barclay, Lieutenant Douglas Twigg, Sergeant Greg Kline, Sergeant Jason Klunk, Correctional Officer Fry, and Correctional Officer Dicken, and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The motion (Doc. 29) is GRANTED. The claims against defendants Perry County Prison, Warden Karen Barclay, Lieutenant Douglas Twigg, Sergeant Greg Kline, Sergeant Jason Klunk, Correctional Officer Fry, and Correctional Officer Dicken Botscheller are DISMISSED.

2. The Clerk of Court is directed to TERMINATE Perry County Prison, Warden Karen Barclay, Lieutenant Douglas Twigg, Sergeant Greg Kline, Sergeant Jason Klunk, Correctional Officer Fry, and Correctional Officer Dicken as defendants in this action.

3. Any appeal from this order is DEEMED frivolous and not taken in good faith. See 28 U.S.C. § 1915(a)(3).

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania